THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. FRANK KIEKART, Appellant.

(Argued March 18, 1935; decided April 17, 1935.)

*Harry W. Moore* and *Joseph Lonardo* for appellant.

*Martin W. Littleton, District Attorney* (*Elvin N. Edwards* and *Philip Huntington* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.